March 28th, 2025

Judge Sean H. Lane
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4140

FILED
U.S. BANKRUPTCY COURT
2025 MAR 31 A 11: 08
S.D. OF N.Y.

    Re:    *In re Santiago Quezada, Sr.* - Chapter 11 Bankruptcy Subchapter V
            Case No. 24-22431-SHL

Your Honor,

    As I recently informed the Court in an affidavit, on Wednesday, March 19th, 2025, I informed my bankruptcy attorney that she was discharged and would no longer represent me. It is my understanding that the Court decided in an Order to deny my objection to the claim by Creditor Maria Jose Pizarro, and to grant her cross-motion to file said claim after the claims bar date. This order was dated and entered on March 17th, 2025. In addition to obtaining new legal counsel to represent me, I also would like to preserve my right to appeal this Order. Therefore, I write to ask this Court to toll or otherwise extend my time to file my notice of appeal on this issue.

                                            Very truly yours,

                                            Santiago Quezada, Sr.

                                            *Pro Se*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re                               :
                                    :
SANTIAGO QUEZADA SR.,               :
                                    :   Case No. 24-22431
                                    :
                                    :   Chapter 11 Sub-Chapter V
                                    :
            Debtor.                 :
------------------------------------x

## NOTICE OF APPEAL TO THE U.S. Bankruptcy COURT

I, Santiago Quezada Sr., the above-captioned debtor in possession, appeals to the U.S. District Court, for the Southern District of New York from the order (the "Order") of the U.S. Bankruptcy Court [Ecf. No. 55] entered in this case on March 17, 2025, that denied my objection to the Proof of Claim filed by Maria Pizarro on December 9, 2024. [Ecf. No. 31].

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

    Ms. Maria Pizarro
    c/o Evan Brustein, Esq.
    Brustein Law PLLC
    299 Broadway, 17th Floor
    New York, NY 10007

    Jeffrey Chubak, Esq.
    Amini LLC
    131 West 35th Street, 12th Floor
    New York, NY 10001

Dated: March 31, 2025
    Yonkers, New York

                                                          *By:* /s/ Santiago Quezada, Sr.
                                                          Santiago Quezada Sr.

Official Form 417A (12/23)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   SANTIAGO QUEZADA, SR.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☑ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
   Order finding claim by Creditor Maria Jose Pizarro was timely filed. Order denying my objection to the Proof of Claim filed by Maria Jose Pizarro.

2. State the date on which the judgment—or the appealable order or decree—was entered:
   March 17th, 2025

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Maria Jose Pizarro     Attorney: Jeffrey Chubak, Esq.
   Amini LLC
   131 W. 35th Street, 12th Floor
   New York, NY 10001
   (212) 490-4700

2. Party: Maria Jose Pizarro     Attorney:
   c/o Evan Brustein, Esq.
   Brustein Law PLL
   299 Broadway, 17th Floor, New York, NY 10007
   (212) 233-3900

Official Form 417A     Notice of Appeal and Statement of Election     page 1

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____          Date: __3/28/25__
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
___Santiago Quezada, Sr.___
___258 Rumsey Road___
___Yonkers, NY 10705___
___914-462-8873___

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]