UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

Santiago Quezada, Sr.,

                Debtor.

-----------------------------------------------------------x

7:25-CV-02741 (PMH)

[USBC-SDNY 24-B-22431 (SHL)]

**ORDER TO SHOW CAUSE**

PHILIP M. HALPERN, District Judge:

      The above-captioned bankruptcy appeal was assigned to me for all purposes on April 2, 2025. On April 25, 2025, notice that the record of appeal is complete and available electronically was docketed. (Doc. 4). Pursuant to Federal Rule of Bankruptcy Procedure 8018(a)(1), "unless the district court . . . in a particular case excuses the filing of briefs or specifies different time limits [t]he appellant must serve and file a brief within 30 days after the docketing of notice that the record has been transmitted or is available electronically." Because the Court did not set an alternative briefing schedule, the deadline for Appellant to file a brief was thirty days from the docketing of the notice. Accordingly, Appellant's brief was due by May 27, 2025 and no brief has been filed to date.[1]

      "If an appellant fails to file a brief on time or within an extended time authorized by the district court . . . the district court . . . , after notice, may dismiss the appeal on its own motion." Fed. R. Bankr. P. 8018(a)(4). "The bankruptcy appeal brief filing deadlines are strictly enforced." *In re Segal*, 557 B.R. 46, 49 (E.D.N.Y. 2016); *see In re Quebecor World (USA), Inc.*, No. 15-CV-02112, 2015 WL 4877422, at *1-2 (S.D.N.Y. Aug. 14, 2015) (dismissing bankruptcy appeal for failure to timely file within the deadline provided in Fed. R. Bankr. P. 8018(a)(1)).

---

[1] The filing deadline was extended to May 27, 2025 by operation of Federal Rule of Civil Procedure 6(a)(1)(C) and Federal Rule of Bankruptcy Procedure 9006(a)(1)(C), as the thirtieth day (May 25th) fell on a Sunday and the following day (May 26th) was Memorial Day.

Accordingly, it is ORDERED that no later than 5:00 p.m. on June 18, 2025, Appellant show cause in writing by letter limited to five pages filed via ECF, why this appeal should not be dismissed under Rule 8018(a)(1).

**SO ORDERED:**

Dated: White Plains, New York
       June 11, 2025

_____
Philip M. Halpern
United States District Judge