# AMINI LLC

**Jeffrey Chubak**  
MEMBER NY & NJ BARS

212.497.8247  
jchubak@aminillc.com

June 11, 2025

**By ECF**

Hon. Philip M. Halpern  
U.S. District Court for the Southern District of New York  
300 Quarropas Street  
Whtie Plains, NY 10601

Re: 7:25-cv-02741-PMH In re: Santiago Quezada, Sr.

Dear Judge Halpern:

We represent the appellee, Maria Jose Pizarro, and write to notify the Court that appellant Santiago Quezada, Sr.'s bankruptcy case was dismissed on motion of the United States Trustee. The United States Trustee's motion is attached as Exhibit 1, and the resulting dismissal order is attached as Exhibit 2. Dismissal of course moots this appeal, which concerns allowance of Maria's bankruptcy claim.

Sincerely,

/s/ Jeffrey Chubak

Enclosures

cc: counsel of record

---

In light of the representation in Appellee's letter (Doc. 6), this appeal is moot and therefore dismissed. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

_____  
Philip M. Halpern  
United States District Judge

Dated: White Plains, New York  
　　　　June 12, 2025